# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

## *Hearing Information:*

|  |  |
|---|---|
| **Debtor:** | GILBERT & ANGIE M. AMOROS |
| **Case Number:** | 2:10-bk-00481-GBN  **Chapter:** 13 |
| **Date / Time / Room:** | TUESDAY, AUGUST 31, 2010 10:00 AM  7TH FLOOR #702 |
| **Bankruptcy Judge:** | GEORGE B. NIELSEN |
| **Courtroom Clerk:** | JAN HERNANDEZ |
| **Reporter / ECR:** | JO-ANN STAWARSKI |

## *Matter:*

ADV: 2-10-00792

**GILBERT AMOROS vs JPMORGAN CHASE BANK, N.A.**

STATUS HEARING RE: COMPLAINT TO DETERMINE VALIDITY AND EXTENT OF LIEN ON PRINCIPAL RESIDENCE.

**R / M #:** 1 / 0

## *Appearances:*

JAMES R. MCDONALD, ATTORNEY FOR GILBERT AMOROS, ANGIE M. AMOROS

## *Proceedings:*

MR. MCDONALD INFORMS THE COURT THAT A SETTLEMENT HAS BEEN REACHED.  A STIPULATED ORDER WAS UPLOADED.

THE COURT QUESTIONS WHETHER THIS WILL BE A FINAL JUDGEMENT, WHICH MR. MCDONALD CONFIRMS IT WILL.

THE COURT:  A BACK UP STATUS HEARING WILL BE HELD ON SEPTEMBER 30, 2010 AT 10:45 A.M.