James R. McDonald, Jr.
State Bar Number 013604
McDonald Law Offices PLLC
1907 E. Broadway, Suite 1
Tempe, AZ 85282-1768
(480) 968-3100
FAX (480) 968-7910
Attorney for Debtors

# United States Bankruptcy Court for the District of Arizona

| | |
|---|---|
| In re:<br>Gilbert Amoros,<br>SSN: XXX-XX-2123<br>and<br>Angie Amoros,<br>SSN: XXX-XX-2779      Debtors. | Case No. 2:10-bk-00481-GBN<br><br>Adversary No. 2:10-ap-00792-GBN<br><br>Chapter 13 |
| Gilbert Amoros and Angie Amoros,<br>                          Plaintiffs,<br>vs.<br>JPMorgan Chase Bank, N.A., its<br>successors and or assigns<br>                          Defendant. | STIPULATED ORDER DECLARING<br>JPMORGAN CHASE BANK, N.A.'S<br>SECOND POSITION DEED OF TRUST<br>AND CORRESPONDING CLAIM<br>TO BE UNSECURED |

This matter comes before the Court pursuant to the stipulation and agreement (the "Stipulation") between Gilbert Amoros and Angie Amoros (the "Plaintiff's") and JPMorgan Chase Bank, N.A., Lender, a secured creditor and party-in-interest ("Chase."). Through this Stipulated Order, the Plaintiff's and Chase have agreed to the entry of an order avoiding Chase's junior position deed of trust on the Debtor' residence located at 3413 S. 101st Drive, Tolleson, AZ 85353, subject to the terms and conditions stated herein. The Plaintiff's and Chase have reached the agreements set forth herein for mutual consideration, and in the respective judgment of the Debtors, for the benefit of the bankruptcy estate.

In relation to this matter, the Court FINDS and CONCLUDES as follows:

A. Gilbert Amoros and Angie Amoros filed their Complaint on May 3, 2010.

B. The Summons was issued on May 4, 2010.

C. Service on Defendant was proper.

D. Defendant has filed a timely Answer to the Complaint.

F. The allegations in the Complaint are deemed true and accurate.

IT IS THEREFORE ORDERED, declaring Defendant JPMorgan Chase Bank, N.A.'s second position Deed of Trust which was recorded in Maricopa County on or about March 23, 2006 as document number 20060393013, and defendants corresponding claim, to be unsecured and of no further force and effect as a secured lien against the property located at 3413 S. 101st Drive, Tolleson, AZ 85353, and described as Lot 23, of Country Place Parcels 4, 5, and 6, according to the Plat of record in the office of the County Recorder of Maricopa County, Arizona, recorded in Book 531 of Maps, Page 17.

IT IS FURTHER ORDERED THAT upon completion of payments under the Chapter 13 Plan, and entry of Discharge, Defendant JPMorgan Chase Bank, N.A. shall immediately release its lien on the property described herein, and deliver the release and reconveyance documents to the attorney for the Debtor within 20 days from the date of the entry of the Chapter 13 Discharge

IT IS FURTHER ORDERED THAT In the event that the debtor converts this case to a case under Chapter 7 or this Chapter 13 case is dismissed, Defendant's lien shall be reinstated.

IT IS FURTHER ORDERED THAT upon entry of this Order, this adversary proceeding

shall be terminated and the Clerk of the court is directed to close this adversary file.

Dated:

George B. Nielsen
U.S. Bankruptcy Judge

Approved as to form and content:

Tiffany & Bosco, P.A.
Leonard J. McDonald, Jr.
Attorney for JPMorgan Chase Bank, N.A.

Dated: 8/17/10

McDonald Law Offices, PLLC
James R. McDonald, Jr.
Attorney for Plaintiff's

Dated: 8/26/10

\CLI\88888212.3\ONDHOME(JRM)